UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLUCCI & UMANS, P.C.,

                Plaintiff,

v.

ABERCROMBIE & FITCH CO., et al.,

                Defendants.

ORDER [PROPOSED]

08 Civ. 08265 (BSJ)(RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-09

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on April 2, 2009,

**IT IS HEREBY ORDERED THAT** defendants produce to plaintiff, in accordance with the provisions in the Protective Order governing this case, the settlement agreement entered into by the parties in the matter of *Abercrombie & Fitch Co. v. Moose Creek, Inc.,* No. 2:06-CV-6245 (C.D. Cal.) (*"Moose Creek II"*) within five days of the date of this Order.

**SO ORDERED,** this 22nd day of April 2009
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge